# EXHIBIT A TO CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER AGUILAR, et al., | : |
| Plaintiffs, | : No. 3:07-cv-0193 |
| -against- | : |
| IMPERIAL NURSERIES, et al., | : |
| Defendants. | : |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Alexander Aguilar, Carlos Aguilar, Leopoldo Santos Catu, Santos Chajchaguin, Marvin Coto, Esteban Espinoza, Walter Hernandez, Angel Mendoza, Hugo Oreno, Carlos Pinto, Hector Rodas Lopez, and Luis Amilcar Rodriguez ("the Plaintiffs"), and Defendants Imperial Nurseries, Griffin Land & Nurseries, Gregory M. Schaan, James Wells, Frederick M. Danziger and Anthony J. Galici ("the Imperial Defendants"), hereby provide notice that the Plaintiffs dismiss with prejudice all claims against the Imperial Defendants in the above-captioned case. The Plaintiffs and the Imperial Defendants have executed a Confidential Settlement Agreement ("the Agreement").

The Plaintiffs and Imperial Defendants respectfully request the Court to retain jurisdiction over the parties for purposes of enforcing the terms of the Agreement.

Dated: June __, 2007

_____
Michael J. Wishnie, ct27221
Jerome N. Frank Legal Services Organization
Yale Law School
127 Wall St.
New Haven, CT 06511
(203) 432-4800

Attorney for Plaintiffs

_____
Terrence J. Connolly
Latham & Watkins
885 Third Ave., 53rd Fl.
Suite 1000
New York, NY 10022-4802
212-906-1200

Attorney for Imperial Defendants

SO ORDERED

Dated: June ___, 2007

_____
U.S. District Judge Janet C. Hall

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, a true and correct copy of the foregoing document has been mailed, First Class U.S. Mail, to:

**Terrence J. Connolly**
Latham & Watkins-NY
885 Third Ave., 53rd Fl.
Suite 1000
New York, NY 10022-4802
212-906-1200
212-751-4864 (fax)
terrence.connolly@lw.com

**Christine M. Cooper**
McGuiness Norris & Williams, LLP
1015 15th Street, NW, Suite 1200
Washington, DC 20005
202-789-8600
202-789-1708 (fax)
ccooper@mnwlaw.net

**John J. Kirby, Jr.**
Latham & Watkins-NY
885 Third Ave., 53rd Fl.
Suite 1000
New York, NY 10022-4802
212-906-1200
212-751-4864 (fax)
john.kirby@lw.com

Mr. William Forero
P.O. Box 15215
Tallahassee, FL 32317

**Monte B. Lake**
McGuiness Norris & Williams, LLP
1015 15th Street, NW, Suite 1200
Washington, DC 20005
202-789-8600
202-789-1708 (fax)
mlake@mnwlaw.net

**Robert Alan Solomon**
Jerome N. Frank Legal Services
Organization
Yale Law School
PO Box 209090
New Haven, CT 06520-9090
203-432-4760
203-432-4816 (fax)
robert.solomon@yale.edu

**Michael J. Wishnie**
Jerome N. Frank Legal Services - Wall St
Yale Law School
127 Wall Street
New Haven, CT 06511
203-432-4800
203-432-1426 (fax)
michael.wishnie@yale.edu

_____
Hugh F. Murray, III – ct11418