UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEXANDER AGUILAR, CARLOS AGUILAR,
LEOPOLDO SANTOS CATU, SANTOS CHAJCHAGUIN,
MARVIN COTO, ESTEBAN ESPINOZA, WALTER
HERNANDEZ, ANGEL MENDOZA, HUGO ORENO,
CARLOS PINTO, HECTOR RODAS LOPEZ, AND
LUIS AMILCAR RODRIGUEZ

                                         3:07-CV-00193(JCH)

       v.

IMPERIAL NURSERIES, GRIFFIN LAND & NURSERIES,
PRO TREE FORESTRY SVS, WILLIAM FORERO,
HERNANDO ARANDA, GREGORY M. SCHAAN,
JIM WELLS, FREDRICK M. DANZIGER,
AND ANTHONY GALICI

<u>DEFAULT JUDGMENT</u>

       This matter came for consideration before the Honorable Janet C. Hall,  United States District Judge, as a result of plaintiffs' stipulated dismissal and motion for default judgment pursuant to Rule 55(b) of the FRCvP.

       The Court has reviewed all of the papers filed in conjunction with the stipulation and on June 26, 2007,  the stipulation was approved and so ordered dismissing all claims against defendants, Imperial Nurseries, Griffin Land & Nurseries, Gregory M. Schaan, Jim Wells, Frederick M. Danziger, and Anthony J. Galici.

       The Court has also reviewed all of the papers filed in connection with the motion for default judgment and on November 1, 2007, a default under Rule 55(a) FRCvP entered against defendants Pro Tree Forestry Services, LLC, William Forero and Hernando Aranda.  On May 28, 2008, an order was entered granting the plaintiffs' motion for default judgment against defendants Pro Tree Forestry Services, LLC, William Forero and Hernando Aranda, jointly and severally, less prejudgment interest

on their tort claims as follows:  Plaintiff Alexander Aguilar is awarded $679,663.09;

Plaintiff Carlos Aguilar is awarded $394,195.17; Plaintiff Leopoldo Santos Catu is

awarded $660,000;  Plaintiff Santos Chajchaguin is awarded $822,000; Plaintiff Marvin

Coto is awarded $827,127.43; Plaintiff Esteban Epinoza is awarded $392,641.40;

Plaintiff Walter Hernandez is awarded $824, 796.78;   Plaintiff Angel Mendoza is

awarded $823,864.52; Plaintiff Hugo Oreno is awarded $679,929.19; Plaintiff Carlos

Pinto is awarded $391,553.77; Plaintiff Hector Rodas Lopez is awarded $392,019.90;

and Plaintiff Luis Amilcar Rodriguez is awarded $823,234.01.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of

the plaintiffs in the amounts noted above, against defendants, Pro Tree Forestry

Services, LLC, William Forero and Hernando Aranda, jointly and severally, and the

case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of June, 2008.

Robin D. Tabora, Clerk


By /s/ Chrystine W. Cody_____
Deputy-in-Charge


Entered on Docket _____